**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Carlos Gutierrez RAMIREZ also
known as, Carlos Ramirez Gutierrez, Defendant–Appellant.**

**No. 05–10712.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 27, 2006.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

---

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate conviction and sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to district court for entry of an order dismissing Count 1 of the indictment is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

